UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br>   BABOR, JOSEPH V.<br>   BABOR, APRIL M.<br><br>               Debtor(s). | Case No. 10-40469-399<br><br>**CERTIFICATE AND ORDER APPROVING TRUSTEE'S AMENDED FINAL REPORT, PROPOSED DISTRIBUTION,& MOTION FOR ABANDONMENT**<br><br>#65 |

### Certification

The undersigned certifies that all entities entitled to notice of the referenced Final Report in accordance with Local Bankruptcy Rules have been served and the time for response has passed. No responses in opposition have been filed, or any responses in opposition have been resolved as set forth in the Order below. Application requests the Court enter said order.

                                                                  /s/A. Thomas DeWoskin
                                                            A. Thomas DeWoskin, #25320MO
                                                             Trustee in Bankruptcy
                                                             7701 Forsyth Blvd., Suite 800
                                                             St. Louis, MO 63105
                                                             (314) 726-1000/(314) 725-6592(fax)
                                                             tdewoskin@dmfirm.com

### Order

Trustee's Final Report, Proposed Distribution and Motion for Abandonment having been filed and presented, and upon the above Certification;

IT IS THEREFORE ORDERED that the Trustee's Final Report, Proposed Distribution and Motion for Abandonment be and is hereby approved; and

IT IS FURTHER ORDERED that the Trustee be and hereby is authorized and directed to distribute the funds of this Estate as set forth in his Trustee's Final Report, Proposed Distribution and Motion for Abandonment and any additional interest accrual until final distribution; and

IT IS FURTHER ORDERED that the Trustee's Motion for Abandonment is hereby approved, and the items proposed to be abandoned are, by the entry of this Order, deemed abandoned.

DATED: June 24, 2011
St. Louis, Missouri
dac

                                                               Barry S. Schermer
                                                               Chief United States Bankruptcy Judge

Copies mailed to:

**Spencer P. Desai**
Desai Law Firm LLC
Pierre Laclede Center
7733 Forsyth Boulevard, Suite 2075
St. Louis, MO 63105

**Joseph V. Babor**
15 Paradise Plaze #143
Sarasota, FL 34239

**April M. Babor**
15 Paradise Plaze #143
Sarasota, FL 34239

**A. Thomas DeWoskin**
Danna McKitrick, PC
7701 Forsyth, Suite 800
St. Louis, MO 63105

**Office of U.S. Trustee**
111 South Tenth Street
Suite 6353
St. Louis, MO 63102